THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REMESES WILLIAMS, Appellant. [63 NYS3d 859]—

Judgment, Supreme Court, New York County (Jill Konviser, J.), rendered February 23, 2016, convicting defendant, upon his plea of guilty, of burglary in the third degree, and sentencing him to a term of three to six years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to a term of two to four years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Renwick, J.P., Manzanet-Daniels, Andrias, Kern and Oing, JJ.